UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

D.L., a minor, by and through his
next-of-friends, S.L. and R.L., mother
and father of the minor,

       Plaintiff,

v.                                                                                     Case No:   8:22-cv-00035-JLB-AEP

HERNANDO COUNTY SHERIFF'S
OFFICE, a public entity, DEPUTY
PAUL SMITH, School Resource
Officer, in his individual capacity, and
HERNANDO COUNTY SCHOOL
BOARD, a public entity,

       Defendants.
_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 195), recommending that the parties' Joint Unopposed Motion to Amend Case Caption and to Reissue Judgment and Bill of Costs in Full Name of the Plaintiff (Doc. 193) be granted.  The Report further recommends denying as moot Plaintiff's Motion to Review Clerk's Action on Bill of Costs (Doc. 192) and Plaintiff's Unopposed Motion to Abate Motion to Review Clerk's Action on Bill of Costs (Doc. 194).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de

novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.  The Report and Recommendation (Doc. 195) is **ADOPTED** and made a part of this Order for all purposes.

2.  The parties' Joint Unopposed Motion to Amend Case Caption and to Reissue Judgment and Bill of Costs in Full Name of the Plaintiff (Doc. 193) is **GRANTED**.

3.  Plaintiff's Motion to Review Clerk's Action on Bill of Costs (Doc. 192) is **DENIED as moot**.

4.  Plaintiff's Unopposed Motion to Abate Motion to Review Clerk's Action on Bill of Costs (Doc. 194) is **DENIED as moot**.

**ORDERED** in Tampa, Florida, on April 1, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE